IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 24 C 7231 |
| MIDWEST DIRT, LLC, an Illinois limited liability company, | ) ) ) ) | JUDGE SARA L. ELLIS |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by their attorneys, default having been entered against the Defendant on October 15, 2024, request this Court enter judgment against Defendant, MIDWEST DIRT, LLC, an Illinois limited liability company, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On October 15, 2024, this Court entered default against Defendant and set this matter for prove-up by a telephone conference on November 14, 2024.

2. Plaintiffs, by the accounting firm of Calibre CPA Group, PLLC, caused an audit to be made to cover the period November 1, 2022 through January 31, 2024. Upon such audit, it is determined that Defendant owes Plaintiffs the amount of $86,664.35 for contributions. (See Affidavit of Deborah L. French).

3. Additionally, for the audit period, the amount of $8,666.44 is due for liquidated damages and $8,292.16 is due for interest. (French Aff. Par. 6).

4. Plaintiffs have expended the sum of $1,842.83 for the purpose of making the audit of the payroll books and records of the Defendant.

5. Plaintiffs have received partial payments from Defendant totaling $23,650.40.

6. In addition, Plaintiffs' firm has expended $458.00 for costs and $2,199.75 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $84,473.13.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $84,473.13.

/s/   Catherine M. Chapman

Catherine M. Chapman
Carson W. Fallo
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

i:\fvlj\midwest dirt\#30663\motion for entry of judgment.cmc.df.docx

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of November 2024:

    Mr. Nathan J. Walton, Registered Agent
    Midwest Dirt, LLC
    3128 Partridge Lane
    Belvidere, IL  61008-9667

        /s/   Catherine M. Chapman

Catherine M. Chapman
Carson W. Fallo
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

i:\fvlj\midwest dirt\#30663\motion for entry of judgment.cmc.df.docx